# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1335

VERSUS

FRANK WILLIAM BECKENDORF, III

**DECEMBER 30, 2021**

---

In Re:  Frank William Beckendorf, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1743-F-2021.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's ruling is vacated. This matter is remanded for the purpose of transferring the defendant's "Petition for Judicial Review" to the district court to be properly filed as a civil proceeding and reconsidered by the district court as a civil matter for judicial review pursuant to the Corrections Administrative Remedy Procedure Act, La. R.S. 15:1171-79.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT